Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERK'S OFFICE
2025 MAY 23 PM 12:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Michaela I Turner
47 Rockmeadow
Dr, Brockton

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. The Plaintiff(s) Michaela Turner

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Michaela Turner
  Street Address: 47 Rockmeadow Dr
  City and County: Brockton
  State and Zip Code: Brockton, MA 0230
  Telephone Number: 508-562-7682
  E-mail Address: michaelaturner426@gmail.com

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
Name **MassHire Jewish Vocational**
Job or Title (if known)
Street Address **75 Federal Street**
City and County **Boston, MA US**
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 2
Name **Daniel P Sullivan**
Job or Title (if known)
Street Address **Two Center Plaza Suite 540**
City and County **Boston, MA 02108**
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3
Name **: President Pam Edington**
Job or Title (if known)
Street Address **250 New Rutherford Avenue**
City and County **Boston, MA 02129**
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Why are the Massachusetts Employee including the court Employee is fasley accussing me?*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* **Michaela Turner**, is a citizen of the State of *(name)* **Massachusetts**

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of
       *(foreign nation)* _____

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$75,000.00

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- I have been addressed by The Massachusetts State employees including The court offices in Massachusetts and Business & School

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- I am seeking a $75,000.00 for The false statement and Accusation's harrassment end

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/28/2025

Signature of Plaintiff: *Michael Turner*
Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Charges $75,000.00

Plaintiff:Michaela Imani Turner

47 Rock Meadow Drive,

Brockton, Ma 02301

Defendant;

Masshire Jewish Vocational Program

75 Federal Street, Boston 3rd floor

Boston,Ma 02110

Massachusetts Trial Court

Legal Counsel

2center Plaza

Suite 540,

Boston,Ma 02108

Bunker Hill community Colleges

President: Pam Eddington

250 New Rutherford Avenue

Boston,MA 02129

**Fasely Accusing someone of pretending to be a Federal Government and plus also the Massachusetts State Employee.**

Charges $75,000.00

Hi, I have been started to being falsely of Accused by All the Massachusetts State Employee and Plus also including from the Massachusetts Trial court is also doing the

Same things. I have Let people been starting to be using my cellphone to be reaching out  Because not everyone has a cellphone to be reaching out to their friends and family and plus also I even help People to becoming down.

This Past week, I have recieved Multiples of threatening letter from All the Masssachusetts State Employees like from the The Trial Court of Accussuing Me to be sending out emails of Pretending to be Robert Creedon a Clerk Magistrate  at the Plymouth Superior Court because Bunker Hill community colleges got to them.

I have recieved another Threatening letter from the  Masshire/Jewish Vocational Program in Downtown Crossing on May 16th 2025  and plus also May 28th 2025 of their Attorney sending me a Letter saying that I put a False Publicity statement about their program and plus also aiming to be ruining their reputations  on google Maps  and plus also their Attorney Addressed That I was Pretending to be A Federal Government employee Under a Name of Mark Anderson That works for the Office of Civil rights and Plus also the office of Disability in Washington Dc. **He Did Inform me that he is Helping out with MRC Program  and that You don't need to be having a Government email account not always.  Plus also He is working with the Massability Program Called the <u>Ticket to work Program.</u>**

**Know Because of the  Masshire Jewish Vocational Program  their Attorney Letter is Effecting  My Educations at Quincy Colleges under the Cybersecruity Program and plus also My online summer classes also as Well online through IDS the first year Seminar which is online  and plus also it is through My Mom Union Membership  with the Nage Program with Quincy college.**

 I am seeking a $ 75,000.00 For a Compensations of Being Falsely Accused , Falsely Investigated  and plus also Ruining My Educations of Cybersecruity At Quincy colleges and plus also falsey of Accusing me to b e sending out email of pretending to be a Government or State clerk Magistratre . Plus I am Also seeking a $ 75,000.00 for the American With a disability In Education service and Plus also The Background Services.

**CC: Massachusetts Attorney General Office**

**1 Ashburton PL Floor 20 Boston,MA 02108**